IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD HAMMAN,<br>    Plaintiff,<br><br>v.<br><br>JOHN E. ZARUBA, the Sheriff of DuPage County, Illinois, THE COUNTY OF DuPAGE, a body corporate and politic, KEVIN WILKEN, OFFICER NESTEL, KIRT FEINSTEIN, and JOHN and JANE DOES, Nos. 1-10,<br>    Defendants. | FILED: MAY 30, 2008<br>08CV3125RCC<br>JUDGE KENDALL<br>MAGISTRATE JUDGE VALDEZ |

## COMPLAINT

NOW COMES THE PLAINTIFF, Lloyd Hamman, by his undersigned attorneys, and for his complaint against the Defendants, The County of DuPage, John E. Zaruba, the Sheriff of DuPage County, Deputy Kevin Wilken, Officer Nestel, Deputy Kirt Feinstein, and John and Jane Does Nos. 1-10, states as follows:

1.  Plaintiff Lloyd Hamman resides in unincorporated Naperville, Illinois, within the County of DuPage.  Plaintiff brings this action under 42 U.S.C. §§1983 and 1988.

2.  The County of DuPage is a body politic and corporate, existing under the laws of the State of Illinois.  (It is referred to hereinafter as "the County".)

3.  At all relevant times, Defendant John E. Zaruba is and was the Sheriff of DuPage County, Illinois.  Defendants Kevin Wilken and Officer Nestel are animal control officers of the County.  Defendant Kirt Feinstein (# 194) is a deputy sheriff employed by the County and reporting to Sheriff Zaruba.  John or Jane Doe No. 1 through John or Jane Doe No. 6 were other deputy sheriffs or animal control department officers employed by the County.  These Defendants, at all times herein mentioned, were duly appointed and acting as officers of the County.

4.  Defendants John and Jane Does, Nos. 7-10 are other employees or agents of the County.

5.  This Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1331, in that the cause of action arises under the Constitution and laws of the United States.

6.     Venue of the action is proper in this judicial district because the Plaintiff and all of the Defendants reside or are found in this district, and all of the acts giving rise to the cause occurred in this district.

7.     The Clara Ray Farm is located at 26W055 Plank Road, in unincorporated Naperville, Illinois, within the County of DuPage.

8.     In and before 2006, the Plaintiff, a septuagenarian widower, operated a working farm at the Clara Ray Farm, growing crops and raising livestock, including goats, sheep, laying chickens, ducks, other birds and rabbits.

9.     At about 3:30 p.m. on May 31, 2006, without obtaining any warrant, Defendants Wilken, Feinstein, Nestel, John Doe No. 1, John Doe No. 2, Jane Doe No. 3, Jane Doe No. 4 and John Doe No. 5, each driving or riding in a County vehicle, drove these vehicles to and upon the Clara Ray Farm and conducted a surprise raid on the farm.

10.    These Defendants were wearing County uniforms and several of them exhibited firearms. They approached Plaintiff and forcibly required Plaintiff to surrender to Defendants. Defendant Feinstein, at the request of Defendant Wilken, placed Plaintiff under arrest. Defendant Jane Doe No. 3 threatened Plaintiff with bodily harm. Defendant Feinstein then placed Plaintiff in one of the Sheriff's department's motor vehicles, along with a dog, operated the vehicle and carried Plaintiff therein, against Plaintiff's will, and transported him to the DuPage County jail in Wheaton, Illinois, where Plaintiff was detained, fingerprinted and held in the Defendants' custody for approximately ten hours, until he was released on bond at about 2:00 a.m.

11.    Defendants John or Jane Doe Nos. 7-10 assisted the other named Defendants in carrying out these acts.

12.    The Defendants committed the above-described acts and detained the Plaintiff wrongfully, unlawfully, and without just cause.

13.    In committing the above acts, the Defendants purported to act under color of state law.

14.    As the result of the unlawful raid and arrest, Plaintiff was forced to incur and expend

money in attorneys' fees and other costs.

15. On August 16, 2007, in the Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois, the Court, the Hon. Cary B. Pierce, Associate Judge, presiding, ruled that the Defendants' warrantless entry and raid upon the Clara Ray Farm was unlawful, granted a motion to quash the arrest and suppressed the evidence obtained in connection with the raid. On September 13, 2007, Judge Pierce entered an order closing the case brought against Plaintiff.

16. Plaintiff was thus deprived of his liberty by the Defendants, without due process of law, contrary to the Constitution and laws of the United States.

17. In committing these wrongful acts, the Defendants exhibited a willful and reckless disregard for Plaintiff and his rights, unbecoming of such Defendants' position and office. In the circumstances, Plaintiff should be rewarded exemplary and punitive damages against Defendants.

WHEREFORE, Plaintiff requests judgment against the Defendants and each of them as follows:

A. For general and compensatory damages in an amount not less than $25,000;

B. For an additional sum, in an amount the Court deems just, as exemplary and punitive damages;

C. For the costs and attorneys' fees incurred in this action; and

D. For such other and further relief as the Court may deem reasonable and just.

PLAINTIFF DEMANDS TRIAL BY JURY.

                      Respectfully submitted,
                      LLOYD HAMMAN, Plaintiff,

                      By:     /s/ Robert J. Slobig
                                His attorney

Robert J. Slobig
Torshen, Slobig, Genden, Dragutinovich & Axel, Ltd.
105 West Adams Street, Suite 3200
Chicago, IL 60603-6209
T: (312) 372-9282
F: (312) 372-7914