## United States District Court for the Northern District of Illinois

Case Number: 08CV3125          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  5   Original and   5   copies on  5-30-08   as to  THE COUNTY OF DUPAGE;
                                    (Date)
JOHN E. ZARUBA; KIRT FEINSTEIN; KEVIN WILKEN; OFFICER NESTEL

---

C:\wpwin80\docket\feeinfo.frm    03/14/05