**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 cv 3125 |

Lloyd Hamman v. John E. Zaruba, Sheriff, The County of Dupage, Kevin Wilken, Officer Nestel, Kirt Feinstein and John and Jane Does Nos. 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lloyd Hamman

| |
|---|
| NAME (Type or print) |
| Robert J. Slobig |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Robert J. Slobig |
| FIRM |
| Torshen, Slobig, Genden, Dragutinovich & Axel, Ltd. |
| STREET ADDRESS |
| 105 W. Adams Street, Ste. 3200 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183120 | 312/372-9282 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐