U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 CV 3125RCC

Lloyd Hamman, Plaintiff, v. John E. Zaruba, the Sheriff of DuPage County, Illinois, the County of DuPage, a body corporate and politic, Kevin Wilken, Officer Nestel, Kirt Feinstein, and John and Jane Does, Nos. 1-10, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The County of DuPage, John E. Zaruba, Kevin Wilken, Officer Nestel, Kirt Feinstein

| | |
|---|---|
| NAME (Type or print) <br> FRANCIS T. CERMAK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ FRANCIS T. CERMAK | |
| FIRM <br> DUPAGE COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS <br> 503 N. COUNTY FARM ROAD | |
| CITY/STATE/ZIP <br> WHEATON, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272043 | TELEPHONE NUMBER <br> (630) 407-8200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |