IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LLOYD HAMMAN,<br>    Plaintiff,<br><br>v.<br><br>JOHN E. ZARUBA, the Sheriff of DuPage County, Illinois, THE COUNTY OF DuPAGE, a body corporate and politic, KEVIN WILKEN, OFFICER NESTEL, KIRT FEINSTEIN, and JOHN and JANE DOES, Nos. 1-10,<br>    Defendants. | 08 CV03125<br><br>Judge Kendall |

## JOINT INITIAL STATUS REPORT

Plaintiff Lloyd Hamman, and Defendants John E. Zaruba, the Sheriff of Du Page County, Illinois, the County of DuPage, Kevin Wilken, Officer Nestel, and Kirt Feinstein, by their respective undersigned attorneys and pursuant to the Court's minute order of June 6, 2008, respectfully submit this initial status report.

1. The parties' attorneys of record are:

    For the Plaintiff, Robert J. Slobig.

    For the Defendants, State's Attorney Joseph Birkett, by Assistant State's Attorney Thomas F. Downing and Assistant State's Attorney Francis T. Cermak.

Attorneys Slobig, Downing and Cermak are expected to try the case.

2. Federal jurisdiction is founded on 28 U.S.C. § 1331, in that the cause of action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

3. The Plaintiff seeks damages for violation of his civil rights in connection with an unlawful search, seizure and arrest. No counterclaim is anticipated.

4. Certain prospective Defendants are identified in the Complaint as "John and Jane Does, Nos. 1-10," and have not been served because their names are not known to the Plaintiff. It is anticipated that these individuals can be identified early in discovery, named and served, and that Defendants' counsel will appear and defend on their behalf.

5.  The principal legal issues are: (a) whether the alleged warrantless search, seizure, arrest and detention described in the Complaint violated the Plaintiff's civil rights; (b) whether the County and Sheriff can be held liable under §1983 merely on a theory of *respondeat superior*, and (c) whether the individual Defendants are entitled to qualified immunity.

6.  The principal factual issues are: (a) the identification of the deputy sheriffs, animal control officers and others described in the Complaint as John and Jane Does, Nos. 1-10; (b) the location and condition of the live animals seized, as described in the Complaint; (c) whether there was probable cause to arrest the Plaintiff for the offense of cruelty to animals; (d) whether the animals were properly seized; and (e) the amount of Plaintiff's damages, if any.

7.  Plaintiff has demanded a jury trial.

8.  Plaintiff intends to serve discovery seeking (a) to identify the individuals described in the Complaint as John and Jane Does, Nos. 1-10 and their roles in the occurrences alleged, and (b) to uncover facts concerning the alleged warrantless search, seizure, arrest and detention of the Plaintiff, and the location and condition of the live animals seized. Defendants intend to serve discovery seeking (a) the exact value of the animals seized from the Plaintiff, and (b) uncover facts surrounding the Plaintiff's acquisition, care and business involving farm animals. The parties have made the initial disclosures contemplated in Rule 26(a)(1)(A).

9.  The trial should take three to four days, and the parties may be ready for trial by March 2009.

10. The parties do consent to proceed before the assigned Magistrate Judge.

11. No settlement discussions have yet taken place. The parties welcome a settlement conference.

Respectfully submitted,

| For the Plaintiff: | For the Defendants: |
| --- | --- |
| LLOYD HAMMAN,<br>Plaintiff, | JOHN E. ZARUBA, the Sheriff of DuPage County, Illinois, THE COUNTY OF DuPAGE, a body corporate and politic, KEVIN WILKEN, OFFICER NESTEL, and KIRT FEINSTEIN, Defendants, |
| By: __/s/ Robert J. Slobig__<br>      One of his attorneys | By: __/s/ Francis T. Cermak__<br>      One of their attorneys |
| Robert J. Slobig<br>Torshen, Slobig, Genden,<br>  Dragutinovich & Axel, Ltd.<br>Attorney No. 6183120<br>105 West Adams Street, Suite 3200<br>Chicago, IL  60603-6209<br>(312) 372-9282 | Joseph E. Birkett<br>DuPage County State's Attorney<br>By:  Francis T. Cermak, A.S.A.<br>Attorney No. 6272043<br>503 N. County Farm Rd.<br>Wheaton, IL  60187<br>(630) 407-8200 |

W:\Ftc\...\Hamman (Initial status report final).doc

## CERTIFICATE OF SERVICE

TO:    Robert J. Slobig, Torshen, Slobig, Genden, Dragutinovich & Axel Ltd., 105 West Adams Street, Suite 3200, Chicago, IL 60603-6209

The undersigned being first duly sworn upon oath states that:

On the 29th day of July, 2008, I served a copy of the JOINT INITIAL STATUS REPORT

according to Fed.R.Civ.P. 5(a,), by e-filing a copy to each of the above-referenced individuals.

                                                 /s/ Francis T. Cermak
                                                 Assistant State's Attorney

JOSEPH E. BIRKETT
DuPage County State's Attorney
Attorney No. 6272043
503 North County Farm Road
Wheaton, Illinois 60187
(630) 407-8200