IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LLOYD HAMMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 CV03125 |
| | ) | |
| JOHN E. ZARUBA, the Sheriff of DuPage County, Illinois, THE COUNTY OF DuPAGE, a body corporate and politic, KEVIN WILKEN, OFFICER NESTEL, KIRT FEINSTEIN, and JOHN and JANE DOES, Nos. 1-10, | ) ) ) ) ) ) | Judge Kendall |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Robert J. Slobig, Esq.,
       TORSHEN, SLOBIG, GENDEN, DRAGUTINOVICH & AXEL, LTD.
       105 West Adams Street, Suite 3200, Chicago, IL  60603-6209

**YOU ARE HEREBY** notified that on the 28th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, in Courtroom No. 2319, or any other judge as may be holding court in her absence, in the courtroom usually occupied by her in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present DEFENDANTS SHERIFF ZARUBA, COUNTY OF DUPAGE, WILKEN, NESTEL AND FEINSTEIN'S MOTION FOR LEAVE TO FILE INSTANTER, at which time and place you may appear as you see fit to do.

By:   s/THOMAS F. DOWNING
       THOMAS F. DOWNING
       Assistant State's Attorney

JOSEPH E. BIRKETT
DuPage County State's Attorney
By: Thomas F. Downing, Assistant State's Attorney
Attorney No. 06188673
By: Francis T. Cermak, Assistant State's Attorney
Attorney No. 6272043
503 N. County Farm Road
Wheaton, IL  60187
(630) 407-8200

## CERTIFICATE OF SERVICE

TO: Robert J. Slobig, Esq.
TORSHEN, SLOBIG, GENDEN, DRAGUTINOVICH & AXEL, LTD.
105 West Adams Street, Suite 3200, Chicago, IL 60603-6209

The undersigned being first duly sworn upon oath states that:

On the 20th day of August, 2008, I served a copy of this Notice, according to Fed.R.Civ.P. 5(a,), by e-filing a copy to the above-referenced individual.

s/THOMAS F. DOWNING
Assistant State's Attorney

JOSEPH E. BIRKETT
DuPage County State's Attorney
By: Thomas F. Downing, Assistant State's Attorney
Attorney No. 06188673
By: Francis T. Cermak, Assistant State's Attorney
Attorney No. 6272043
503 N. County Farm Road
Wheaton, IL 60187
(630) 407-8200

W:TFD\HAMMAN\HAMMAN 8-20-08.NOM